IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

REGINALD A. CATLIN,

    Plaintiff,

v.          CASE NO. 4:11-cv-624-WS-GRJ

MCNEIL, et al.,

    Defendant.

_____/

## ORDER

Plaintiff, an inmate at the Taylor Correctional Institution in Perry, Florida, initiated this civil action by filing Doc. 1, a *pro se* civil rights complaint pursuant to 42 U.S.C. § 1983. Plaintiff also filed a motion for leave to proceed as a pauper, but he did not file his motion to proceed as a pauper on the correct form. (Doc. 2.)

Accordingly, it is **ORDERED**:

(1) The **Clerk** is directed to send Plaintiff a blank motion to proceed *in forma pauperis* for use by a prisoner.

(2) Plaintiff shall fill out the motion to proceed *in forma pauperis* in full and file it with the Clerk on or before **January 13, 2012.**

(3) Failure to comply with this order within the allotted time will result in a recommendation that this case be dismissed.

**DONE AND ORDERED** this 16th day of December 2011.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge